IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL COLLIER, | § | |
| | § | No. 665, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for Kent County, |
| STATE OF DELAWARE, | § | Cr. ID No. 1304007615 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 24, 2015
Decided: February 25, 2015

## ORDER

This 25th day of February 2015, it appears to the Court that, on January 10, 2015, the Chief Deputy Clerk issued a notice to show cause, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

_____
Justice